# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2006

Clifford W. Taylor,
Chief Justice

131542

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

WILLIAM TIMOTHY JONES,
          Defendant-Appellant.

SC: 131542
COA: 269110
Wayne CC: 04-009767-01

_____/

On order of the Court, the application for leave to appeal the May 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

t0918